

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2018

No. 04-17-00232-CV

Thomas Ritter **HELM**,
Appellant

v.

Lisa Lorraine **HAUSER**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-16709
Honorable Martha Tanner, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The en banc court has considered Appellant's motion for en banc reconsideration. The motion is DENIED. *See* TEX. R. APP. P. 49.7.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court